UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COLLIN RAY DELORME,<br><br>　　　　　　Defendant. | Cr. No. 3:23-cr-149<br><br>**DEFENDANT'S MOTION TO RESCHEDULE SENTENCING HEARING** |

　　　　Collin Delorme's sentencing hearing is scheduled for February 18, 2025. Counsel asks the Court to continue his hearing for the following reasons:

　　　　February 18, 2025, is the anniversary of the death of K.B., a difficult date for not only Mr. Delorme, but the family and friends as well. An earlier sentencing date is available, and further does not disrupt the sentencing schedule of the co-defendant.

　　　　Based on the foregoing, Mr. Delorme moves the Court for an Order rescheduling the February 18, 2025, hearing to an earlier date.

Dated this 31st day of January, 2025.

>Respectfully submitted,
>
>JASON J. TUPMAN
>Federal Public Defender
>By:
>
> /s/  *Rhiannon Gorham*
>Rhiannon Gorham
>Assistant Federal Public Defender
>Attorney for Defendant
>Office of the Federal Public Defender
>Districts of South Dakota and North Dakota
>112 Roberts Street North, Suite 200
>Fargo, ND 58102
>Telephone: 701-239-5111
>Facsimile:  701-239-5098
>filinguser_SDND@fd.org