IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLLIN RAY DELORME,<br>　a/k/a COLLIN RAY DELORME SR.,<br><br>　　　　Defendant. | Case No. 3:23-cr-149<br><br>**UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE A SENTENCING MEMORANDUM** |

　　　　The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Lori H. Conroy, Assistant United States Attorney, respectfully requests the Court extend its deadline for filing a sentencing memorandum in this case to Friday, February 7, 2025.

　　　　At the request of the Defendant, sentencing was rescheduled from February 18, 2025, to February 12, 2025, making today the deadline for the United States to file its sentencing memorandum. (Doc. 55-57.) D.N.D. Crim. L. R. 32.1(B). The Presentence Investigation Report ("PSR") as to Defendant was just filed today. (Doc. 60.) After consultation with and agreement from the United States, Defendant moved for an extension of the sentencing memorandum deadline for both parties, to allow both parties sufficient time to prepare. (Doc. 58.) The Court granted the motion by text Order, indicating "Defense counsel shall file its sentencing memorandum on 2/7/2025." (Doc. 62.) The United States respectfully requests the same additional time, until Friday, February 7, 2025, to review the filed PSR and draft any sentencing memorandum.

　　　　[Remainder of page intentionally left blank.]

Dated: February 5, 2025

          MAC SCHNEIDER
          United States Attorney

By:   /s/ Lori H. Conroy
      LORI H. CONROY
      Assistant United States Attorney
      Quentin N. Burdick United States Courthouse
      655 First Avenue North - Suite 250
      Fargo, ND  58102-4932
      (701) 297-7400
      ND Bar Board ID No. 06416
      Lori.Conroy@usdoj.gov
      Attorney for United States